# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMO BANK N.A., | Case No.  1:24-cv-00634-SAB |
| Plaintiff, | ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE DEFENDANTS FRESNO TRUCK TIRE & SERVICE INC. AND AMARJIT SINGH AS PARTIES IN THIS ACTION |
| v. | |
| RAJINDER SINGH CHEEMA, et al., | |
| Defendants. | (ECF No. 7) |

On July 10, 2024, Plaintiffs filed a notice of dismissal of Defendants Fresno Truck Tire & Service, Inc., and Amarjit Singh without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (ECF No. 7.)  Rule 41(a) of the Federal Rules of Civil Procedure allows a party to dismiss some or all of the defendants in an action through a Rule 41(a) notice.  Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997); see also Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995) ("The plaintiff may dismiss either some or all of the defendants—or some or all of his claims—through a Rule 41(a)(1) notice.")).

Neither Defendant Fresno Truck Tire & Service, Inc. nor Amarjit Singh have filed an answer or a motion for summary judgment in this action.  Under Rule 41(a)(1)(A)(i) a "plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  Fed. R. Civ. P.

41(a)(1)(A)(i).

      Accordingly, the Clerk of the Court is DIRECTED to terminate Defendants Fresno Truck Tire & Service, Inc. and Amarjit Singh as defendants in this action.

IT IS SO ORDERED.

Dated:   **July 11, 2024**

                                    UNITED STATES MAGISTRATE JUDGE