# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMO BANK N.A., <br><br> Plaintiff, <br><br> v. <br><br> RAJINDER SINGH CHEEMA, et al. <br><br> Defendants. | Case No. 1:24-cv-00634-SAB <br><br> ORDER STRIKING CLERK'S ENTRY OF DEFAULT; DENYING PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT WITHOUT PREJUDICE <br><br> (ECF Nos. 10, 11) |

On July 22, 2024, Plaintiff filed a request for entry of default against Defendant Rajinder Singh Cheema dba Platinum Freight ("Defendant"). (ECF No. 10.) Plaintiff contends Defendant was served via substituted service pursuant to California Code of Civil Procedure § 415.20(a) on June 22, 2024 with a copy of the summons and complaint at Defendant's residence located at 5907 N. Caspian Avenue in Fresno, California 93723. (ECF No. 10-1 at 5.) Plaintiff further proffers that the summons and complaint were mailed to the same address on June 24, 2024. (Id. at 11.) Because Defendant has not answered the complaint, Plaintiff requests entry of default. (Id. at 5.) On July 23, 2024, the Clerk of Court entered Defendant's default. (ECF No. 11.)

The Court finds Plaintiff's request for entry of default is premature and thus procedurally improper. Pursuant to section 415.20(a), "[s]ervice of a summons in this manner is deemed complete on the 10th day after the mailing." Cal. Code Civ. P. § 415.20(a). Here, Plaintiff confirms the summons and complaint were mailed to Defendant on June 24, 2024. Service was therefore not deemed complete until July 4, 2024, ten days after mailing. Id. Pursuant to Federal

1

Rule of Civil Procedure 12(a), Defendant then has 21 days to respond to the complaint, or by July 25, 2024. Plaintiff's instant request for entry of default, filed on July 22, 2024, is thus procedurally improper and the Clerk of Court's entry of default shall be stricken from the record.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to STRIKE the entry of default as to Defendant Rajinder Singh Cheema (ECF No. 11) from the record; and

2. Plaintiff's request for entry of default is DENIED without prejudice.

IT IS SO ORDERED.

Dated: **July 23, 2024**

UNITED STATES MAGISTRATE JUDGE