1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

11    BMO BANK N.A.,

12         Plaintiff,

13      v.

14    RAJINDER SINGH CHEEMA, et al.,

15         Defendants.

16

Case No. 1:24-cv-00634-SAB

ORDER VACATING SEPTEMBER 12, 2024 SCHEDULING CONFERENCE AND REQUIRING PLAINTIFF TO FILE A MOTION FOR DEFAULT JUDGMENT

(ECF No. 14)

**THIRTY-FIVE DAY DEADLINE**

17       On July 26, 2024, the Clerk of the Court entered default against the only remaining

18 defendant in this action, Rajinder Singh Cheema.  (ECF No. 14.)

19       Pursuant to Federal Rules of Civil Procedure 55, obtaining a default judgment is a two-

20 step process.  Yue v. Storage Technology Corp., No. 3:07-cv-05850, 2008 WL 361142, *2 (N.D.

21 Cal. Feb. 11, 2008).  Entry of default is appropriate as to any party against whom a judgment for

22 affirmative relief is sought that has failed to plead or otherwise defend as provided by the Federal

23 Rules of Civil Procedure and where that fact is made to appear by affidavit or otherwise.  Fed. R.

24 Civ. P. 55(a).  After entry of default, the plaintiff can seek entry of default judgment.  Fed. R.

25 Civ. P. 55(b)(1) and (2).  "Default judgments are generally disfavored, and whenever it is

26 reasonably possible, cases should be decided upon their merits."  In re Hammer, 940 F.2d 524,

27 (9th Cir. 1991) (internal punctuation and citations omitted).

28 / / /

1

As the Defendant in this matter is in default, the Court shall vacate the initial scheduling conference and set a deadline for a motion for default judgment to be filed.

Accordingly, IT IS HEREBY ORDERED that:

1.     Within **thirty-five (35) days** from the date of service of this order, Plaintiff shall file a motion for default judgment;

2.     The scheduling conference set for September 12, 2024, is VACATED; and

3.     Plaintiff is advised that the failure to comply with this order shall result in a recommendation that this action be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated:   **July 29, 2024**

UNITED STATES MAGISTRATE JUDGE