1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9
10

EASTERN DISTRICT OF CALIFORNIA

11   BMO BANK N.A.,

Case No.  1:24-cv-00634-SAB

12        Plaintiff,

ORDER CONTINUING PLAINTIFF'S
MOTION FOR DEFAULT JUDGMENT TO
OCTOBER 9, 2024

13        v.

14   RAJINDER SINGH CHEEMA,

SEVEN DAY DEADLINE

15        Defendant.

16

17        On August 23, 2024, BMO Bank N.A. ("Plaintiff") filed a motion for default judgment

18   against Rajinder Singh Cheema ("Defendant") with a hearing on the motion set for October 2,

19   2024.  To accommodate the Court's schedule, the hearing set for October 2, 2024, is HEREBY

20   CONTINUED to **October 9, 2024, at 10:00 a.m.** in Courtroom 9.  IT IS FURTHER ORDERED

21   that Plaintiff shall serve a copy of this order on Plaintiff and file proof of service within **seven (7)**

22   **days** of the date of entry of this order.

23

IT IS SO ORDERED.

24

25   Dated:   **August 26, 2024**

UNITED STATES MAGISTRATE JUDGE

26
27
28

1