# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMO BANK N.A.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAJINDER SINGH CHEEMA, et al.,<br><br>　　　　Defendants. | Case No. 1:24-cv-00634-SAB<br><br>ORDER VACATING OCTOBER 9, 2024 HEARING ON DEFENDANT'S MOTION FOR DEFAULT JUDGMENT |

Plaintiff BMO Bank N.A. filed a motion for default judgment on August 23, 2024. Oral argument on the motion was set for October 9, 2024. Pursuant to the Local Rule, Defendants' opposition to the motion for default judgment was due on September 6, 2024. L.R. 230(c). Plaintiff did not file a timely opposition to the motion. The Local Rule provides that a party who fails to file a timely opposition is not entitled to be heard in opposition to the motion at oral argument. L.R. 230(c). The matter is taken under submission and shall be decided on the papers.

Accordingly, IT IS HEREBY ORDERED that the hearing set for October 9, 2024, is VACATED and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated:   **September 30, 2024**

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1